

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00010-CV

SHEILA MONASCH, APPELLANT

V.

GOLDIE NELL CARNEY AND EDGAR JOE COFER, JR., APPELLEES

On Appeal from the 181st District Court
Potter County, Texas
Trial Court No. 106237-B, Honorable John B. Board, Presiding

February 8, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Appellant, Shelia Monasch, filed a notice of appeal in the above-referenced cause without paying the requisite filing fee. By letter dated January 9, 2019, the Clerk of this Court notified Monasch that unless she was excused from paying costs under Appellate Rule 20.1, failure to pay the filing fee by January 22 would result in dismissal of the appeal. *See* TEX. R. APP. P. 20.1, 42.3(c). To date, Monasch has not paid the filing fee, communicated to the Clerk that she is presumed indigent under Rule 20.1, or sought leave to proceed without payment of costs. *See* TEX. R. APP. P. 20.1; TEX. R. CIV. P. 145.

Because Monasch failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. TEX. R. APP. P. 42.3(c).

Per Curiam